Cabru Corp. Liquor License Case.

Argued September 11, 1968.  *Thomas J. Shannon,* Assistant Attorney General, with him *Frederic M. Wentz,* Special Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Arthur S. Lorch,* for appellee.

Order affirmed.

WRIGHT, P. J., dissented.